1136

No. 78–5539. CLIFTON v. CALIFORNIA, *ante,* p. 989; and
No. 78–5611. HINDMAN v. KELLY ET AL., *ante,* p. 1050.
Petitions for rehearing denied.

No. 77–1388. MASSACHUSETTS v. WHITE, *ante,* p. 280.
Petition for rehearing denied. MR. JUSTICE POWELL took no
part in the consideration or decision of this petition.

FEBRUARY 1, 1979

No. 77–1665. BONANNO v. UNITED STATES. C. A. 9th Cir.
[Certiorari granted, *ante,* p. 1045.] Writ of certiorari dis-
missed under this Court's Rule 60.